

FILED

08/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0463

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0463

GARRY DOUGLAS SEAMAN,

Petitioner,

v.

DARREN SHORT, Lincoln County Sheriff,
and MONTANA NINETEENTH JUDICIAL
DISTRICT COURT,

Respondents.

**FILED**

AUG 26 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Garry Douglas Seaman, via counsel, has filed a Petition for Writ of Habeas Corpus, alleging that the Lincoln County District Court imposed excessive bail in violation of Article II, sec. 22, of the Montana Constitution and the Eighth Amendment to the United States Constitution. Upon review, we deem it appropriate to require a response to Seaman's Petition. Therefore,

IT IS ORDERED that the Nineteenth Judicial District Court and/or the Lincoln County Attorney are GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Jason Marks, Nineteenth Judicial District Court, Lincoln County, under Cause No. DC-22-47; the Lincoln County Attorney; and to Petitioner.

DATED this _25th_ day of August, 2022.

_____
Justice